1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  NOAH STERN (CABN 297476)
   Assistant United States Attorney

5

6     1301 Clay Street, Suite 340S
      Oakland, California 94612
      Telephone: (510) 637-3680

7     FAX: (510) 637-3724
      Noah.Stern@usdoj.gov

8

9  Attorneys for United States of America

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  CASE NOS. 4:21-MJ-70900-MAG-1
                                       )            4:21-MJ-70900-MAG-3
14        Plaintiff,                   )            4:21-MJ-70900-MAG-8
                                       )            4:21-MJ-70903-MAG
15      v.                             )
                                       )  STIPULATION TO CONTINUE STATUS
16  JAVIER CASTRO BANEGAS-MEDINA,      )  HEARINGS AND EXCLUDE TIME FROM
    JOSE IVAN CRUZ-CACERES             )  DECEMBER 14, 2021 TO JANUARY 24, 2022
17  WILLIAM JOSEPH LAUGHREN, JR.,      )  AND ORDER **(AS MODIFIED)**
                                       )
18        Defendants.                  )
                                       )
19  _____ )
                                       )
20                                     )
    UNITED STATES OF AMERICA,          )
21                                     )
          Plaintiff,                   )
22      v.                             )
                                       )
23  KENY ALDUVI ROMERO-LOPEZ,          )
                                       )
24        Defendant.                   )
                                       )
25  _____ )

26

27        It is hereby stipulated by and between counsel for the United States and counsel for the

28  defendants, Javier Castro Banegas-Medina, Jose Ivan Cruz-Caceres, William Joseph Laughren, Jr., and

   STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND ORDER (AS MODIFIED)
   Case No. 4:21-MJ-70900-MAG; 4:21-MJ-70903-MAG                          v. 7/10/2018

1    Keny Alduvi Romero-Lopez that the status hearings scheduled for December 14, 2021 at 1:00 p.m., be

2    vacated and rescheduled for January 24, 2022 at 1:00 p.m.  The parties further stipulate that time be

3    excluded under the Speedy Trial Act from December 14, 2021, through January 24, 2022, and, with the

4    consent of the defendants, there is good cause for extending the time limits for a preliminary hearing

5    under Federal Rule of Criminal Procedure 5.1.

6         The government has produced voluminous discovery in the cases and is continuing to make

7    productions on a rolling basis.  Defense counsel needs time to review the discovery.  The parties are also

8    discussing a potential resolution to the case.  For these reasons, the parties request that the status

9    hearings be continued until January 24, 2022, and the government and counsel for the defendants agree

10   that time be excluded under the Speedy Trial Act, and that the deadlines under Federal Rule of Criminal

11   Procedure 5.1 be extended, so that defense counsel can continue to prepare, including reviewing the

12   discovery already produced.  The parties stipulate and agree that excluding time until January 24, 2022

13   will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties

14   further stipulate and agree that the ends of justice served by excluding the time from December 14, 2021

15   through January 24, 2022 from computation under the Speedy Trial Act outweigh the best interests of

16   the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

17        The parties further stipulate that, with the consent of the defendants, there is good cause for

18   extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for

19   extending the 30-day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P.

20   5.1; 18 U.S.C. § 3161(b).

21

22

23

24

25

26   //

27   //

28   //

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND ORDER (AS MODIFIED)
Case No. 4:21-MJ-70900-MAG; 4:21-MJ-70903-MAG                                    v. 7/10/2018

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:        December 10, 2021                    _____/s/_____
                                                   NOAH STERN
                                                   Assistant United States Attorney


DATED:        December 10, 2021                    _____/s/_____
                                                   DENA YOUNG
                                                   Counsel for Defendant
                                                   JAVIER CASTRO BANEGAS-MEDINA


DATED:        December 10, 2021                    _____/s/_____
                                                   SCOTT SUGARMAN
                                                   Counsel for Defendant
                                                   JOSE IVAN CRUZ-CACERES


DATED:        December 10, 2021                    _____/s/_____
                                                   CHARLES WOODSON
                                                   Counsel for Defendant
                                                   WILLIAM JOSEPH LAUGHREN, JR.


DATED:        December 10, 2021                    _____/s/_____
                                                   ALBERT BORO
                                                   Counsel for Defendant
                                                   KENY ALDUVI ROMERO-LOPEZ

//

//

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND ORDER (AS MODIFIED)
Case No. 4:21-MJ-70900-MAG; 4:21-MJ-70903-MAG                    v. 7/10/2018

1 **ORDER (AS MODIFIED)**

2      Based upon the facts set forth in the stipulation of the parties and for good cause shown, the

3 Court vacates the status conferences scheduled for December 14, 2021 at 1:00 p.m. relating to the above

4 captioned defendants and reschedules them for **January 24, 2022 at 10:00 a.m.**  The Court further finds

5 that failing to exclude the time from December 14, 2021 through January 24, 2022 would unreasonably

6 deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking

7 into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that

8 the ends of justice served by excluding the time from December 14, 2021 through January 24, 2022

9 from computation under the Speedy Trial Act outweigh the best interests of the public and the

10 defendants in a speedy trial.  For the same reasons, the Court finds good cause for extending the time

11 limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-

12 day time period for an indictment under the Speedy Trial Act.  *See* Fed. R. Crim. P. 5.1; 18 U.S.C. §

13 3161.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from

14 December 14, 2021 through January 24, 2022 shall be excluded from computation under the Speedy

15 Trial Act and Federal Rule of Criminal Procedure 5.1. 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Fed. R. Crim.

16 P. 5.1(d).

17      IT IS SO ORDERED AS MODIFIED.

18

19 DATED:  __December 13, 2021__

20

21

22                                                  _____
HON. DONNA M. RYU
United States Magistrate Judge

23

24

25

26

27

28

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME AND ORDER (AS MODIFIED)
Case No. 4:21-MJ-70900-MAG; 4:21-MJ-70903-MAG                                    v. 7/10/2018